UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

-vs-

Fidel Meza

Defendant.

Case No. 2:23-mj-152

ORDER

        IT IS HEREBY ORDERED that the Department of Homeland Security, Immigration and Customs Enforcement shall provide to counsel in the above-captioned case a complete copy of every document contained in the defendant's Alien ("A") file within seven (7) days of the date of Order, unless the government files a formal objection or other appropriate motion within six (6) days of the date of this Order.

        IT IS FURTHER ORDERED that the U.S. Attorney's Office shall serve a copy of this Order on the Officer in Charge, Department of Homeland Security, Immigration and Customs Enforcement, Las Vegas, Nevada.

        DATED this 25th day of February

UNITED STATES MAGISTRATE JUDGE